

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00120-CR

Jace Vincent **MEAGHER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR9095
Honorable Stephanie R. Boyd, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: May 25, 2022

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

Do not publish